**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

Wells Fargo Bank, N.A., successor-in-interest to Wachovia Bank, National Association, Respondent,

v.

Marion Amphitheatre, LLC, David P. Gannon, Michael Guarco, Carolina Entertainment Complex, LLC, and 4 Prophets, LLC a/k/a 4 Profits, LLC, Defendants,

Of whom Marion Amphitheatre, LLC and Michael Guarco are the Appellants,

And 4 Prophets, LLC a/k/a 4 Profits, LLC is a Respondent.

Appellate Case No. 2011-199969

———————————

Appeal From Marion County
W. Haigh Porter, Special Referee

———————————

Unpublished Opinion No. 2012-UP-622
Submitted November 1, 2012 – Filed November 21, 2012

———————————

**APPEAL DISMISSED**

———————————

Edgar Lloyd Willcox, II, of Willcox Buyck & Williams, PA, of Florence, for Appellants.

John Paul Williams, Jr., of John P. Williams, Jr., PA, of Marion, for Respondent 4 Prophets, LLC.

---

**PER CURIAM:** Dismissed pursuant to Rule 220(b), SCACR, and the following authorities: *Top Value Homes, Inc. v. Harden*, 319 S.C. 302, 306, 460 S.E.2d 427, 429 (Ct. App. 1995) (holding the trial court should apply Rule 55(c), SCRCP, in deciding a motion to set aside the entry of default); *Ateyeh v. United Omaha Life Ins. Co.*, 293 S.C. 436, 437, 361 S.E.2d 340, 340 (Ct. App. 1987) (holding a motion under Rule 55(c), SCRCP, to set aside an entry of default is not immediately appealable until after final judgment).

**APPEAL DISMISSED.**[1]

**HUFF, THOMAS, and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.